**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    <u>Miller v. Shannon, et al.</u>    :    CIVIL NO. 1:CV-08-1849
:
Inmate:   Michael J. Miller    :    (Judge Conner)
:
ID Number:  FQ-8144    :

## ORDER

On October 7, 2008, the individual identified above filed a habeas corpus petition without submitting a filing fee or a motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u>. By Administrative Order dated October 14, 2008, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>. Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

DATE:  November 18, 2008